# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAUL FLORES, Petitioner, v. ROBERT NEWSCHMID, Warden, Respondent. | No. LA CV 20-00500-VBF-DFM<br><br>JUDGMENT |

IT IS ADJUDGED that that the petition is summarily dismissed without prejudice for lack of subject-matter jurisdiction.

Date: April 7, 2020

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
United States District Judge